AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

U.S. ex rels. CIMZNHCA, LLC

*Plaintiff(s)*

v.

UCB, Inc., RXC Acquisition Company (d/b/a RXCrossroads), Omnicare, Inc., and CVS Health Corporation

*Defendant(s)*

Civil Action No. 17-cv-765-SMY-DGW

## SUMMONS IN A CIVIL ACTION

To: *(Plaintiff)*

The United States of America
The Honorable Donald S. Boyce, Jr.
United States Attorney
Southern District of Illinois
9 Executive Drive
Fairview Heights, Illinois 62208

A *qui tam* Complaint has been filed under seal.

Plaintiff's attorneys' name and address are as follows:

Richard J. Burke, QUANTUM LEGAL LLC, 513 Central Avenue, Suite 300, Highland Park, Illinois 60035

W. Daniel "Dee" Miles, III; C. Lance Gould; Alison D. Hawthorne, BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C., 272 Commerce Street, Post Office Box 4160 (36103), Montgomery, Alabama 36104

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: