IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

---

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al.* *ex rel.* CIMZNHCA, LLC, )<br><br>Plaintiff, )<br><br>v. )<br><br>UCB, INC.; RXC ACQUISITION COMPANY d/b/a RX CROSSROADS; OMNICARE, INC.; and CVS HEALTH CORPORATION, )<br><br>Defendants. ) | No.: 3:17-cv-00765-SMY |

---

## <u>AMENDED NOTICE OF APPEAL</u>

The United States of America appeals to the United States Court of Appeals for the Seventh Circuit from the June 7, 2019 order of the district court (doc. 101) denying the United States of America's motion to alter judgment (doc. 85), and the April 15, 2019 order of the district court (doc. 83) denying the United States' motion to dismiss this action under 31 U.S.C. § 3730(c)(2)(A) (doc. 63).

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

STEVEN D. WEINHOEFT
United States Attorney

Dated: July 5, 2019          By:  _/s/ Nathan D. Stump_
NATHAN D. STUMP
Assistant U.S. Attorney
9 Executive Drive
Fairview Heights, IL 62208
Tel: (618) 628-3700
Fax: (618) 622-3810
nathan.stump@usdoj.gov

MICHAEL D. GRANSTON
PATRICIA L. HANOWER
COLIN M. HUNTLEY
ALBERT P. MAYER
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 353-1291
Fax: (202) 307-3852
albert.p.mayer@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that I caused this document filed through the ECF system to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

Dated: July 5, 2019                By:    _/s/ Nathan D. Stump_
                                                  Nathan D. Stump
                                                  Assistant United States Attorney